## Rodes, Trustee, et al. v. Yates, Trustee, et al.

(Decided December 11, 1912.)

### Appeal from Madison Circuit Court.

Appeal—Order Sustaining Demurrer—Final Order.—An order that sustains a demurrer to an amended petition, but goes no further, is not a final order and no appeal lies therefrom.

O. P. JACKSON, JOHN C. CHENAULT for appellants.

D. M. CHENAULT for appellees.

OPINION OF THE COURT BY WILLIAM ROGERS CLAY, COMMISSIONER—Dismissing appeal.

This appeal is prosecuted from an order sustaining a demurrer to the amended petition, but making no disposition of the action. An order which sustains a demurrer to an amended petition, but goes no further, is not a final order and no appeal lies therefrom. Harrison v. Stroud, 150 Ky., 797.

The appeal is dismissed.